**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

Trustees of the NEW MEXICO STATE CONFERENCE OF OPERATIVE PLASTERS & CEMENT MASONS PENSION TRUST FUND; Trustees of the NEW MEXICO STATE CONFERENCE OF OPERATIVE PLASTERS & CEMENT MASONS APPRENTICESHIP TRUST FUND; Trustees of the SOUTHWEST MULTI-CRAFT HEALTH & WELFARE TRUST FUND; and BUILD NEW MEXICO,

Plaintiffs,

vs. No. CIV 09-0883 JB/SCY

SOUTHERN BUILDERS, LLC, a New Mexico Corporation,

Defendant,

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Second Amended Motion for Default Judgment, filed October 25, 2012 (Doc. 30)("Motion for Default"). The primary issue is whether the Court should grant default judgment in favor of the Plaintiffs. The Court concludes that it does not grant default judgment in favor on the Plaintiffs, because the Plaintiffs fail to prosecute their claim. See Gonzales v. Rio Rancho Police Dept., 426 F. Supp. 3d 1010, 1012 (D.N.M. October 30, 2019)(Browning, J.). Instead, the Court dismisses the case without prejudice for failure to prosecute. See Gonzales v. Rio Rancho Police Dept., 426 F. Supp. 3d at 1012. The Court therefore denies the Motion for Default.

**IT IS ORDERED** that: (i) the Second Amended Motion for Default Judgment, filed October 25, 2012 (Doc. 30), is denied; and (ii) the case is dismissed without prejudice for failure to prosecute.

UNITED STATES DISTRICT JUDGE

*Counsel:*

William George Walker
Walker & van Heijenoort PC
Albuquerque, New Mexico

*Attorneys for the Plaintiffs*

Gilbert Rodriguez
Southern Builders, LLC
Las Cruces, New Mexico

*Attorneys for the Defendant*